### NICHOLS *v.* THE STATE.

SIMMONS, C. J.  There was no error in the charges complained of, or in the admission of evidence.  The evidence warranted the verdict, and the trial judge did not err in refusing a new trial.

*Judgment affirmed.  All the Justices concur.*

Submitted November 16,—Decided December 8, 1903.

Accusation of keeping a lewd house.  Before Judge Hodges. City court of Macon.  October 5, 1903.

*John R. Cooper*, for plaintiff in error.
*William Brunson, solicitor-general,* contra.